# CERTIFICATE OF SERVICE

I, <u>Richard Ray Blankenship</u>, hereby certify that I have served a true and correct copy of:

### AFFIDAVIT OF DENIAL OF CORPORATE EXISTENCE
### AFFIDAVIT OF NON CORPORATE STATUS
### AND
### MEMORANDUM OF LAW
### AND POINTS OF AUTHORITY
### IN SUPPORT OF AFFIDAVIT OF NON CORPORATE STATUS

Which is deemed filed at the time it was delivered to prison authorities for forwarding [See Houston v. Lack, 101 L Ed 2d 245 (1998); Koch v. Ricketts, 68 F 3d 1191 (9th Cir. 1995); James v. Madison Street Jail, 122 F 3d 27 (9th Cir. 1997)], upon the defendant(s)/plaintiff(s)/respondent(s) and/or their attorney(s) of record, by hand delivering same in a sealed envelope with first-class postage prepaid and affixed thereto, and addressed to:

Timothy M. Burgess, Esq.
United States Attorney
Audrey J. Renschen, Esq.
Assistant U.S. Attorney
222 West Seventh Avenue, # 9
Anchorage, Alaska 99513-7567

to mail room personnel at Federal Correctional Institution, 1299 Seaside Avenue, Terminal Island, California, 90731, on this ___2nd___ day of ___August___, A.D. 2006.

My act of delivering the aforementioned mail to prison authorities was witnessed by: _Scott Williams_

I affirm, pursuant to Deuteronomy 19:15, that the foregoing is true and correct.

Richard Ray Blankenship

